# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-4065

—————————————————

OBADIAH MCCASKILL, JR.,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Respondent.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

September 15, 2020

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

RAY, C.J., and BILBREY and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Obadiah McCaskill, Jr., pro se, Petitioner.

Lance Eric Neff, General Counsel, and Daniel R. Burke, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.